No. 803. IDA T. DICKINSON, LUELLA J. MANNING, ELLSWORTH AVERY, ET AL. *v.* NEW ENGLAND POWER COMPANY. February 21, 1927. Petition for a writ of certiorari to the Supreme Judicial Court of the State of Massachusetts denied. *Mr. Herman H. Field* for petitioner. *Mr. Frank W. Knowlton* for respondent.

No. 805. BARKER PAINTING COMPANY *v.* BROTHERHOOD OF PAINTERS, DECORATORS, AND PAPERHANGERS OF AMERICA ET AL. February 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Henry S. Drinker, Jr.,* for petitioner. *Mr. William A. Gray* for respondents.

No. 806. DAMPSKIBS AKTIESELSK ORIENT, CLAIMANT OF THE DANISH STEAMSHIP " *Natal*," HER ENGINES, ETC. *v.* W. R. GRACE AND COMPANY. February 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Irving H. Frank, Nathan H. Frank, O. D. Duncan,* and *Russell T. Mount* for petitioner. *Mr. W. H. Orrick* for respondent.

No. 810. GEORGE GRACIE *v.* UNITED STATES. February 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Daniel T. Hagan* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

No. 821. PENNSYLVANIA RAILROAD COMPANY *v.* WILLIAM H. MULLER AND COMPANY, INC. February 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Frederic D. McKenney, Ralph Robinson,* and *Shirley Carter* for petitioner. *Mr. R. E. Lee Marshall* for respondent.